**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-6714**

UNITED STATES OF AMERICA,

                Plaintiff - Appellee,

      v.

ERIC MARTIN VAN BUREN,

                Defendant - Appellant.

Appeal from the United States District Court for the Western District of Virginia, at Charlottesville. Norman K. Moon, Senior District Judge. (3:00-cr-00066-NKM-1)

Submitted: September 29, 2016      Decided: October 4, 2016

Before SHEDD, KEENAN, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Eric Martin Van Buren, Appellant Pro Se. Jean Barrett Hudson, Assistant United States Attorney, Charlottesville, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eric Martin Van Buren appeals the district court's order denying relief on his "motion to have heard new substantive rule per the court's discretion," and his motion to correct his presentence report pursuant to Fed. R. Crim. P. 36. Van Buren also appeals the district court's subsequent order denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Van Buren, No. 3:00-cr-00066-NKM-1 (W.D. Va. Mar. 31, 2016; May 20, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED